**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JONATHAN QUERISMA,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-4849-TKW-HTC**

**CITY OF DEFUNIAK SPRINGS,**

**Defendant**.
____________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 20). No objections were filed.

Upon due consideration of the Report and Recommendation, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a plausible claim for relief. Accordingly, it is ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. The City's motion to dismiss (Doc. 17) is GRANTED, and the amended complaint is DISMISSED with prejudice for failure to state a claim on which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 23rd day of November, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**